## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE MEDTRONIC, INC. SPRINT FIDELIS LEADS PRODUCTS LIABILITY LITIGATION<br><br>This documents relates to:<br>**Madray et al. v. Medtronic, Inc. et al.**<br>**08-cv-05008** | MDL NO. 08-1905 (RHK/JSM)<br><br>**ORDER GRANTING PLAINTIFFS' LEAD COUNSEL'S MOTION TO DISMISS** |

Upon consideration of Plaintiffs' Lead Counsel's Motion to Dismiss (Doc. No. 45), and based on the files, records and pleadings herein, **IT IS ORDERED** that the Motion is **GRANTED**, and pursuant to the Master Settlement Agreement and Federal Rule of Civil Procedure Rule 41(a), the claims of Plaintiffs Kimberly Baxter, William Beckett, Jr., Enid Bowise, Robert Carter, Billy Cobum, Larry Coleman, Charlie Dozier, Walter Durand, Willie Ephron, Mary Greene, Timmy Griffin, Wanda Hardin, Clifford Heaton, Walter Lewis, Sharon Madray, Ronald Mason, Harold McGuire, William McKean, Johnnie Mae McLaughlin, Michael McPhail, Samuel Mosley, Douglas Raulerson, Randall Riley, Gary Robinson, William Rogers, Michael Rostiser, William Sander, Randall Smith, Emmy Sorum, Amos South, Henry Stephens, Henry Walker, and Douglas Wilson in the action styled Madray et al. v. Medtronic, Inc. et al., Civil Action No. 08-cv-05008, are **DISMISSED WITH PREJUDICE.**

The Court having determined that there is no just reason for delay, **LET JUDGMENT BE ENTERED ACCORDINGLY** as to these Plaintiffs.

Dated:  June 9, 2011

                                                  s/Richard H. Kyle
                                                  RICHARD H. KYLE
                                                  United States District Judge